UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>THEKANYEMAG STUDIOS INC., a California Corporation; FORBIDDENLA LLC, a California Corporation; DANIEL ZARDARIAN, an Individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-06569-MCS-DFM<br><br>**ORDER RE PERMANENT INJUNCTION** |

WHEREAS Plaintiff Chrome Hearts LLC ("Chrome Hearts" or "Plaintiff") has filed a Complaint in this action against defendants Thekanyemag Studios Inc., Forbiddenla LLC, and Daniel Zardarian ("Defendants") alleging Trademark Infringement, False Designations of Origin, Common Law Trademark Infringement and Unfair Competition, and Unfair Competition in Violation of Cal. Bus. & Prof. Code § 17200 *et seq.* all allegedly arising from Defendants' manufacture, production, distribution, promotion, advertisement, offering for sale, and/or sale of certain products bearing identical or confusingly similar reproductions of one or more of the Chrome

Hearts Marks (attached hereto and incorporated herein as Exhibit 1) (such products will hereinafter be referred to as "Accused Products."). An exemplar photograph of the Accused Products is shown in ¶ 26 of the Complaint and reproduced in Exhibit 2 for reference.

WHEREAS the Parties have entered into a Confidential Settlement Agreement to fully resolve all of the claims in this action among the Parties;

WHEREAS without any admission of liability, Defendants have agreed to consent to the below terms of a permanent injunction, and **IT IS HEREBY ORDERED THAT**:

1. Defendants and their parent companies, agents, servants, successors, employees and assigns are hereby permanently restrained and enjoined from infringing upon the Chrome Hearts Marks in Exhibit 1, including, but not limited to:

    a. manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing, or otherwise incorporate in advertising or marketing the Accused Products and/or any other products that are identical or confusingly similar to the Chrome Hearts Marks;

    b. delivering, holding for sale, returning, transferring, or otherwise moving, storing, or disposing in any manner the Accused Products and/or any other products bearing marks that are identical or confusingly similar to the Chrome Hearts Marks;

    c. committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of Defendant are licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with Chrome Hearts;

    d. knowingly assisting, aiding, or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 1(a)-(c) above; and

  e. knowingly affecting any transactions, assignments or transfers, or form new entities or associations to circumvent the prohibitions referred to in Paragraphs 1(a)-(c) above.

  WHEREAS the parties have further agreed as follows, and **IT IS FURTHER HEREBY ORDERED THAT**:

  2. This Court has jurisdiction over the Parties herein and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

  3. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the enforcement of this Stipulation/Order.

  4. The execution of this Stipulation/Order shall serve to bind and obligate the Parties hereto.

  5. Upon satisfaction of the obligations set forth in the Confidential Settlement Agreement, Plaintiff will file a separate *Dismissal with Prejudice of the Civil Action*.

**IT IS SO ORDERED.**

Dated: October 18, 2022

            /s/ Mark C. Scarsi
            The Honorable Mark C. Scarsi
            United States District Judge

**EXHIBIT 1**

| Mark | U.S. Reg. No. | Relevant Goods |
|---|---|---|
| CHROME HEARTS | 1,665,791 | 025: Men's and Women's Clothing, Namely, Pants, Shirts, Tee Shirts, Sweaters, Jackets, Vests, Chaps, Skirts, Belts, Underwear, Gloves, Shoes and Boots. |
| *Chrome Hearts* (stylized) | 2,118,026 | 025: Men's and Women's Clothing, Namely, Pants, Shirts, Tee Shirts, Sweaters, Jackets, Vests, Chaps, Skirts, Belts, Underwear, Gloves, Shoes and Boots. |
| (cross design) | 4,619,674 | 025: Clothing, namely, tee shirts, shirts, tank tops, sweat shirts, sweat pants, vests, sweaters, jeans, pants, chaps, dresses, skirts, jackets, coats, underwear, swimwear, hats, socks and footwear. |

| | | |
|---|---|---|
| | 2,408,082 | 025: Men's and women's clothing; namely, jeans, leather pants, skirts, jackets, chaps, sweaters, vests, tee-shirts and shirts. |
| | 3,542,742 | 025: Clothing, namely, tee shirts, shirts, tank tops, sweat shirts, sweat pants, jeans, pants, sweaters, skirts, dresses, jackets, coats, undergarments, hats, socks and footwear. |
| | 3,388,911 | 025: Clothing, namely, tee shirts, shirts, tank tops, sweatshirts, sweat pants, sweaters and hats. |
| | 3,606,059 | 025: Clothing, namely, shirts, trousers, jackets, vests, chaps, men's and women's underwear, coats, clothing belts, gloves and boots. |

**EXHIBIT 2**

Home